## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAMON B. WILSON**<br>**6904 Stirling Street**<br>**Fort Washington, MD 20744**<br><br>**Plaintiff,**<br>**vs.**<br><br>**PRINCE GEORGES COUNTY**<br>**GOVERNMENT**<br>**Serve: Rhonda L. Weaver, Esq.**<br>**County Attorney, Resident Agent**<br>**1301 McCormick Drive**<br>**Suite 4100**<br>**Largo, MD 20774**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**(WMATA)**<br>**Serve: Patricia Y. Lee, Resident Agent**<br>**600 5th Street NW**<br>**Washington, DC 20001**<br><br>**METRO OFFICER CASTRO**<br>**600 5th Street NW**<br>**Washington, DC 20001**<br><br>**METRO OFFICER HENDERSON**<br>**600 5th Street NW**<br>**Washington, DC 20001**<br><br>**METRO SERGEANT RICH**<br>**600 5th Street NW**<br>**Washington, DC 20001**<br><br>**METRO OFFICER BARRETO**<br>**600 5th Street NW**<br>**Washington, DC 20001** | **Civil Action No.: 8:25-cv-1312** |

| And<br><br>**METRO OFFICER JOHN DOE**<br>**600 5th Street NW**<br>**Washington, DC 20001**<br><br>**Defendants.** | |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Maryland:

1.    On or about March 26, 2025, Plaintiff filed his Third Amended Complaint action in the Circuit Court for Prince Georges County in the case titled *Damon B. Wilson v. Prince Georges County Government, et al.* Case No. C-16-CV-24-005667.

2.    Defendant Washington Metropolitan Area Transit Authority was served with a copy of this lawsuit on April 15, 2025.

3.    The Writ of Summons and the three amended Complaints, served by the Plaintiff are attached as Exhibits. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4.    This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Code Ann. Transp. § 10-204(81), which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority … [a]ny such action initiated in a State or District of Columbia Court shall be removable to the appropriate United

2

States District Court in the manner provided by Act
of June 25, 1948, as amended (28 U.S.C. 1446).

5.    Unserved defendants Metro Officer Castro, Metro Officer Henderson, Metro Sergeant

Rich, and Metro Officer Barreto are employed by WMATA as police officers with the Metro

Transit Police Department.

WHEREFORE, Defendant WMATA requests that this entire action, now pending in the

Circuit Court for Prince Georges County, be removed to this Court.

<div style="margin-left: 45%">

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

/s/ *Janice L. Cole*
Janice L. Cole #
Senior Counsel II
Legal Department – WMATA
300 7th Street SW
Washington, DC 20024
(202) 962-2543
(202) 962-2550 (facsimile)

*Counsel for Defendant Washington Metropolitan
Area Transit Authority*

</div>

<div style="text-align: center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that a copy of the foregoing Notice of Removal was mailed first class,

postage prepaid, on the 23rd day of April 2025 to:

Kim Parker, Esq.
AIS NO.: 9312160035
Law Offices of Kim Parker
2123 Maryland Avenue

Baltimore, MD 21218
Telephone: 410-234-2621
Email: kp@kimparkerlaw.com
Counsel for the Plaintiff

/s/ *Janice L. Cole*
Janice L. Cole