## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAMON B. WILSON**<br>6904 Stirling Street<br>Fort Washington, MD 20744<br><br>           Plaintiff,<br>     vs.<br><br>**PRINCE GEORGES COUNTY GOVERNMENT**<br>Serve: Rhonda L. Weaver, Esq.<br>County Attorney, Resident Agent<br>1301 McCormick Drive<br>Suite 4100<br>Largo, MD 20774<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**<br>Serve: Patricia Y. Lee, Resident Agent<br>600 5th Street NW<br>Washington, DC 20001<br><br>**METRO OFFICER CASTRO**<br>600 5th Street NW<br>Washington, DC 20001<br><br>**METRO OFFICER HENDERSON**<br>600 5th Street NW<br>Washington, DC 20001<br><br>**METRO SERGEANT RICH**<br>600 5th Street NW<br>Washington, DC 20001<br><br>**METRO OFFICER BARRETO**<br>600 5th Street NW<br>Washington, DC 20001 | **Civil Action No.: 8:25-cv-1312** |

| | |
|---|---|
| And<br><br>**METRO OFFICER JOHN DOE**<br>600 5th Street NW<br>Washington, DC 20001<br><br>    **Defendants.** | |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

I, undersigned counsel of record for Defendant Washington Metropolitan Area Transit Authority, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of my employer WMATA which have any outstanding securities in the hands of the public: **None**.

These representations are made in order that judges of this Court may determine the need for recusal.

                    Respectfully submitted,

                    WASHINGTON METROPOLITAN AREA
                    TRANSIT AUTHORITY
                    By Counsel:

                    /s/ *Janice L. Cole*
                    Janice L. Cole #
                    Chief Counsel - MTPD
                    Legal Department – WMATA
                    300 7th Street SW
                    Washington, DC 20024
                    (202) 962-2543
                    (202) 962-2550 (facsimile)

2

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was emailed and mailed first class, postage prepaid, on the 23rd day of April 2025, to:

Kim Parker, Esq.
AIS NO.: 9312160035
Law Offices of Kim Parker
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
Email: kp@kimparkerlaw.com
Counsel for the Plaintiff

                                                /s/ *Janice L. Cole*
                                                Janice L. Cole