IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAMON B. WILSON**<br>6904 Stirling Street<br>Fort Washington, MD 20744<br><br>       **Plaintiff,**<br>   vs.<br><br>**PRINCE GEORGES COUNTY GOVERNMENT**<br>Serve: Rhonda L. Weaver, Esq. County Attorney, Resident Agent<br>1301 McCormick Drive<br>Suite 4100<br>Largo, MD 20774<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**<br>Serve: Patricia Y. Lee, Resident Agent<br>300 7th Street SW<br>Washington, D.C. 20024<br><br>**METRO OFFICER CASTRO**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO OFFICER HENDERSON**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO SERGEANT RICH**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO OFFICER BARRETO**<br>600 5th Street NW<br>Washington, D.C. 20001 | **Case No.: 8:25-cv-1312** |

| | |
|---|---|
| **And**<br><br>**METRO OFFICER JOHN DOE**<br>**600 5th Street NW**<br>**Washington, D.C. 20001**<br><br>       **Defendants.** | |

**WMATA'S STATEMENT REGARDING REMOVAL**

Comes now the Defendant WMATA, pursuant to the Court's Standing Order Concerning Removal, and submits the following information regarding the removal of this case from the Circuit Court for Prince George's County, Maryland.

1. WMATA was served with a summons and Plaintiff's Third Complaint on or about April 15, 2021, and WMATA removed this action on April 23, 2025.

2. The removal of this action was filed within thirty (30) days of the service of the summons and Complaint on the Defendant WMATA.

3. This action is not based upon diversity jurisdiction., but on federal question jurisdiction as this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Code Ann. Transp. § 10-204(81).

4. There are six other defendants named in this action besides WMATA, which number includes one alleged "John Doe" defendant. WMATA believes that one other defendant only, Prince George's County Government, has been served on April 2, 2025, according to the public docket of the Circuit Court of Prince George's County, Maryland.

                                                                             Respectfully Submitted,

/s/ *Janice L. Cole*
Janice L. Cole #09562
Senior Counsel II
WMATA
300 7th St., S.W.
Washington, D.C.   20024
(202) 962-2543
 (202) 962-2550
Email: jlcole@wmata.com


   /s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. *Bar No.: 26800*
Senior Counsel II
Office of General Counsel - WMATA
300 Seventh Street, S.W.
Washington, D.C.   20024
(202) 962-1067 telephone
(202) 962-2550 facsimile
 E-mail:   nmjaney@wmata.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed via this Court's ECF filing system, on the 6th day of May 2025 to:

Kim Parker, Esq.
AIS NO.: 9312160035
Law Offices of Kim Parker
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
Email: kp@kimparkerlaw.com
Counsel for the Plaintiff


/s/ *Janice L. Cole*
Janice L. Cole #09562