# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAMON B. WILSON**<br>6904 Stirling Street<br>Fort Washington, MD 20744<br><br>             **Plaintiff,**<br>     vs.<br><br>**PRINCE GEORGES COUNTY GOVERNMENT**<br>Serve: Rhonda L. Weaver, Esq. County Attorney, Resident Agent<br>1301 McCormick Drive<br>Suite 4100<br>Largo, MD 20774<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**<br>Serve: Patricia Y. Lee, Resident Agent<br>300 7th Street SW<br>Washington, D.C. 20024<br><br>**METRO OFFICER CASTRO**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO OFFICER HENDERSON**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO SERGEANT RICH**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>**METRO OFFICER BARRETO**<br>600 5th Street NW<br>Washington, D.C. 20001 | **Case No.: 8:25-cv-1312** |

| |  |
|---|---|
| **And**<br><br>**METRO OFFICER JOHN DOE**<br>600 5th Street NW<br>Washington, D.C. 20001<br><br>    **Defendants.** | |

### WMATA'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant WMATA moves, by counsel, for partial dismissal of Plaintiff's Third Amended Complaint. Plaintiff has alleged two counts against WMATA, one for negligence (Count Ten) and one for violations under Section 504 of the Rehabilitation Act of 1973 (Count Eleven). WMATA moves for dismissal of the negligence claim, as it arises solely from Plaintiff's interactions with WMATA's Metro Transit Police officers while on a WMATA Metrobus in Prince George's County, Maryland (Third Am. Compl. ¶¶ 14–25).

For reasons states more fully in WMATA's Memorandum of Law, Plaintiff's negligence count against WMATA must be dismissed because WMATA has sovereign immunity for its police function, a quintessentially governmental function.

                    Respectfully Submitted,

                    /s/ *Janice L. Cole*
                    Janice L. Cole #09562
                    Senior Counsel II
                    WMATA
                    300 7th St., S.W.
                    Washington, D.C.  20024
                    (202) 962-2543
                    (202) 962-2550
                    Email: jlcole@wmata.com

/s/ Neal M. Janey, Jr.
Neal M. Janey, Jr. *Bar No.: 26800*
Senior Counsel II
Office of General Counsel - WMATA
300 Seventh Street, S.W.
Washington, D.C.   20024
(202) 962-1067 telephone
(202) 962-2550 facsimile
E-mail:   nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing WMATA's Partial Motion to Dismiss, Memorandum of Law, and Proposed Order was emailed via this Court's ECF filing system, on the 6th day of May 2025 to:

Kim Parker, Esq.
AIS NO.: 9312160035
Law Offices of Kim Parker
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
Email: kp@kimparkerlaw.com
Counsel for the Plaintiff

/s/ *Janice L. Cole*
Janice L. Cole #09562