IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Southern Division)**

| | |
|---|---|
| **DAMON B. WILSON**<br><br>　　　　**Plaintiff,**<br>　vs.<br><br>**PRINCE GEORGES COUNTY GOVERNMENT,** *et al.*<br><br>　　　　**Defendants.** | **Case No.: 8:25-cv-01312 PX** |

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Enter my appearance as counsel in this case for defendants Washington Metropolitan Area Transit Authority.

　　I certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WASHINGTON METROPOLITAN AREA
　　　　　　　　　　　　　　　　　TRANSIT AUTHORITY
　　　　　　　　　　　　　　　　　By counsel

　　　　　　　　　　　　　　　　　By:　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_/s/ Neal M. Janey, Jr._
　　　　　　　　　　　　　　　　　Neal M. Janey, Jr., *Bar No.: 26800*
　　　　　　　　　　　　　　　　　Senior Counsel II
　　　　　　　　　　　　　　　　　WMATA Legal Department
　　　　　　　　　　　　　　　　　300 Seventh Street, S.W.,
　　　　　　　　　　　　　　　　　Room 712-04 East
　　　　　　　　　　　　　　　　　Washington, D.C.  20024
　　　　　　　　　　　　　　　　　(202) 627-4540 telephone
　　　　　　　　　　　　　　　　　(202) 962-2550 facsimile
　　　　　　　　　　　　　　　　　E-mail:  nmjaney@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2025, a copy of the foregoing Entry of Appearance in the forgoing civil case was electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Neal M. Janey, Jr.*
Neal M. Janey, Jr.
