

# PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

**TARA H. JACKSON**
Acting County Executive

**SHELLEY L. JOHNSON**
Acting County Attorney

**DEPUTY COUNTY ATTORNEYS**
Acting Tracy M. Benjamin
Shelley L. Johnson
Joseph C. Ruddy

May 20, 2025

The Honorable Judge Paula Xinis
United States District Court for
The District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

        Re:  *Damon B. Wilson v. Prince George's County Government, et* al.
            Case No.:  25-CV-01312 - PX

Dear Judge Xinis,

    Undersigned counsel respectfully requests permission to file a Motion to Dismiss.  First, Prince George's County Government is not a legal entity capable of being sued.  Second, Plaintiff's claims against the County are based on the erroneous belief that the State's Attorneys of the Prince George's County State's Attorney's Office are County employees, and the County is liable for their actions and/or omissions.  However, Md. Code Ann, State Gov't § 12-101(a)(8) defines "state personnel" as "a State's Attorney for a county or Baltimore City, or an employee of an office of a State's Attorney."  Thus, it is clear that Prince George's County State's Attorneys are state personnel and not under the control or authority of Prince George's County, Maryland.  Plaintiff sued the wrong entity and the County is entitled to dismissal with prejudice.

    Finally, any amendment to name the correct entity is futile because State's Attorney's enjoy prosecutorial immunity.  See *State v. Rovin*, 472 Md. 317, 246 A.3d (2021)(held State's Attorney and Assistant State's Attorney were entitled to absolute prosecutorial immunity from suit).  For these reasons, Defendant respectfully requests permission to file a Motion to Dismiss.

                              Respectfully Submitted,

                              *Dawn D. Barnett*

                              Dawn Barnett, Esquire