IN THE UNITED STATES DISTRICT COURT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **DAMON B. WILSON**<br><br>        PLAINTIFF<br>V.<br><br>**PRINCE GEORGES COUNTY GOVERNMENT,** et al<br><br>        DEFENDANTS | CIVIL CASE NO.:  **8:25-CV-01312-PX** |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES,** Damon B. Wilson (the "Plaintiff"), by and through undersigned counsel, and responds to the Defendant's Motion to Dismiss, and for reasons state:

1. On May 6, 2025, the Defendant, WMATA, submitted its Motion for Partial Dismissal, in which it argued that Count 10 of the Plaintiff's Third Amended Complaint should be dismissed on the grounds of sovereign immunity.

2. In response to the Defendant's filing, and contemporaneously with this response, the Plaintiff has filed a Voluntary Dismissal of Count 10 of the Third Amended Complaint.

3. As a result of this voluntary dismissal, the issues raised by the Defendant's Motion to Dismiss have been rendered *moot*.

**WHEREFORE,** Plaintiff respectfully request that the Motion be denied as moot, and for such other and further relief as may be deemed just and proper.

                                                    Respectfully submitted,

                                                    *Kim Parker*

                                                    _____
                                                    Kim Parker, Esquire
                                                    Fed Bar No.: 23894

                                         LAW OFFICES OF KIM PARKER, P.A.
                                         2123 Maryland Avenue
                                         Baltimore, Maryland 21218
                                         O:410-234-2621
                                         F: 443-486-1691
                                         E:kp@kimparkerlaw.com

                                         COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Response to Motion to Dismiss was served this day on all counsel of record via the Court's ECF filing system.

*Kim Parker*

_____
Kim Parker, Esquire
COUNSEL FOR PLAINTIFF