# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| DAMON WILSON | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Civil Action No.: 8:25-CV-01312-PX |
| | * |
| PRINCE GEORGES COUNTY GOVERNMENT *et al.* | * |
| | * |
| Defendants | * |
| | * |

* * * * * * * * * * * * * * * * * *

## ENTRY OF APPEARANCE

Please enter the appearance of Brandon C. James as co-counsel for Plaintiff.

Respectfully submitted,

\_\_\_/s/_____
Brandon C. James, Esq.
Federal Bar No.: 22125
P.O. Box 66247
Baltimore, MD 21239
Phone: (240) 424-5783
Email: bjames@jameslegalgroup.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I CERTIFY on this 11th day of November, 2025, a copy of the foregoing was sent to all counsel of record via electronic filing.

\_\_\_/s/_____
Brandon C. James, Esq.