**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **DAMON WILSON** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No: 8:25-cv-001312 PX** |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## MOTION FOR SUMMARY JUDGMENT BY OFFICER HENDERSON

Defendant Steven Henderson, pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment.  As set forth in greater detail in the accompanying Memorandum of Law, judgment must be granted in favor of defendant MTPD Officer Henderson.

WHEREFORE, for the foregoing reasons as stated in greater detail in the accompanying Memorandum of Law, Officer Henderson respectfully requests that this motion be granted.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

/s/ Janice L. Cole
Janice L. Cole #440351
Senior Counsel II
WMATA
300 7th St., S.W.
Washington, D.C.  20024
(202) 962-2543 (office)
(202) 604-1833 (mobile)
(202) 962-2550 (facsimile)

*Attorney for Defendant Henderson*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of January 2026, copies of the foregoing Motion for Summary Judgment, Memorandum of Law in Support thereof, proposed Order, Exhibits and Statement of Material Facts Not in Dispute, were electronically filed and forwarded to the following persons, via the court's ECF system:

Kim Parker, counsel for Plaintiff

 /s/ Janice L. Cole
Janice L. Cole