**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **DAMON WILSON** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No.: **8:25-CV-01312-PX** |
| | * | |
| **PRINCE GEORGES COUNTY** | * | |
| **GOVERNMENT** et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO DEFENDANTS MOTION TO DISMISS**

NOW COMES, Damon Wilson, (the "Plaintiff"), by and through undersigned counsel, and files his response and opposition to Defendants Motion to Dismiss (the "Motion"), and request for hearing thereon.  Plaintiff's Third Amended Complaint ("TAC"), has stated a claim upon which relief could be granted.  For the reasons set forth in the attached Memorandum of Law, the Motion should be denied.

Respectfully submitted,

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**
**FED BAR NO.: 23894**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O:410-234-2621
F: 443-486-1691
E:kp@kimparkerlaw.com

**BRANDON JAMES, ESQUIRE**
**FED BAR NO.: 22125**
The James Legal Group, LLC
P.O. Box 66247
Baltimore, Maryland 21239

Office: 240-424-5783
Email: bjames@jameslegalgroup.org

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response to Motion to Dismiss, was served on this 2nd day of March, 2026. The CM/ECF system will automatically send email notification of such filing to the following attorneys of record.

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**
**COUNSEL FOR PLAINTIFF**