UNITED STATES DISTRICT COURT OF MARYLAND
GREENBELT DIVISION

DAMON B. WILSON

    PLAINTIFF

VS

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)

    DEFENDANTS

CASE NO.:  **8:25-CV-01312-PX**

## MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Plaintiff Damon Wilson, through undersigned counsel, respectfully moves for leave to file a Fourth Amended Complaint. In support of this motion, Plaintiff states as follows:

1. This action arises out of a violent assault upon Mr. Wilson while he was a passenger on a Metro Bus.

2. Plaintiff has faced considerable difficulties in identifying the responsible parties due to Defendant WMATA's unconstitutional and ineffective Public Information Act (PARP) request process, as detailed in Plaintiff's Motion for Leave to Conduct Limited Discovery

3. The record shows that Plaintiff was denied access to the relevant Incident Report because WMATA's policy mandates the termination of all PARP requests once litigation begins. This policy severely hampers plaintiffs like Mr. Wilson from obtaining essential factual information about the defendants' identities without undergoing burdensome and unnecessary procedures. It appears that the PARP process was designed for this purpose.

4. Following this Court's order requiring Defendants' cooperation, Plaintiff has now secured the actual names of all individuals involved in the incident. Plaintiff therefore seeks leave to file a Fourth Amended Complaint to replace the previously unidentified John Doe Defendants

with these newly identified parties and to update the factual allegations and legal claims accordingly.

5. With respect to consent, and in accordance with the Local Rules, Plaintiff's counsel provided defense counsel with copies of the proposed Fourth Amended Complaint[1] and a redline showing all changes. Plaintiff's counsel requested Defendants' consent to file the amended pleading. A dispute arose over Plaintiff's identification of Defendant Henderson as an individual directly involved in the events at issue. Despite Plaintiff's counsel's willingness to address any concerns regarding the Fourth Amended Complaint, Defendants opted to file a Motion to Dismiss rather than work towards an agreed resolution. Because the parties could not reach agreement, Defendants do not consent to the filing of the Fourth Amended Complaint. **Exhibit A.**

5. It is this Circuit's policy to liberally allow amendment in keeping with the spirit of Federal Rule of Civil Procedure 15(a). See *Coral v. Gonse,* 330 F.2d 997, 998 (4th Cir.1964). The Plaintiff has the right to Amend his Complaint once before a responsive pleading has been filed. A motion to dismiss is not considered responsive. *Domino Sugar Corp. v. Sugar Workers Local 392*, 10 F.3d 1064, 1068 n. 1 (4th Cir.1993) (citing *United States v. Newbury Mfg. Co.*, 123 F.2d 453 (1st Cir.1941)

6. Fed. R. Civ. P. 15(a)(1)-(2). "The federal policy of liberality in permitting amendments to pleadings, as embodied in [Fed. R. Civ. P. 15], is self-evident." *Davenport v. Ralph N. Peters & Co.*, 386 F.2d 199, 204 (4th Cir. 1967). [T]he general rule is that leave to amend a complaint under Federal Rule of Civil Procedure 15(a) should be freely given, see *Foman v. Davis*, 371 U.S.

---

[1] To clarify, The attached Proposed Fourth Amended Complaint is being filed in response to Defendants' Motion to Dismiss. Defendant Henderson has now been voluntarily dismissed from the case. Prior to this, Plaintiff's counsel made efforts to confer with Defendants' counsel to address any alleged deficiencies in the complaint and to avoid unnecessary motion practice. Unfortunately, those efforts were unsuccessful, as no response was received from Defendants.

178, 182 (1962), unless "the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile," *Laber v. Harvey,* 438 F.3d 404, 426 (4th Cir. 2006) (internal quotation marks omitted). *Steinburg v. Chesterfield County Planning Com'n*, 527 F.3d 377, 390 (4th Cir. 2008).

7. The proposed amended complaint does not prejudice the Defendants'. Here, Plaintiff simply seek[s] to add specificity to his allegations. This Court have stated in situations where defendants' are aware of the circumstances giving rise to the action, no prejudice can be claimed." *Matrix Capital Management Fund, LP v. BearingPoint, Inc.*, 576 F.3d 172, 195 (4th Cir. 2009) (citing *Edwards v. City of Goldsboro*, 178 F.3d 231, 243 (4th Cir.1999) (noting that merely adding specificity to allegations generally does not cause prejudice to the opposing party); *Davis v. Piper Aircraft Corp.*, 615 F.2d 606, 613 (4th Cir.1980) ( "Because defendant was from the outset made fully aware of the events giving rise to the action, an allowance of the amendment could not in any way prejudice the preparation of defendant's case.")) (additional citation omitted).

8. There is no Scheduling Order or trial date set in this case, so Defendants will not be prejudiced if the Court grants this motion. Conversely, Plaintiff will suffer prejudice and a miscarriage of justice would result if the Court denies the motion.

9. In light of these facts, Plaintiff respectfully requests that this Honorable Court enter an order granting leave to file the amended complaint and accept the proposed Fourth Amended Complaint submitted with this motion.

For these reasons, Plaintiff asks the Court to grant leave to file the Fourth Amended Complaint. Allowing this amendment will enable Plaintiff to properly identify all responsible parties, clarify the factual allegations and claims based on newly obtained information, and ensure the case is decided on its merits. This relief aligns with the liberal amendment standard under the

Federal Rules and will not prejudice Defendants, who have been fully apprised of the claims and parties involved.

                                      Respectfully submitted,

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**
**FED BAR NO.: 23894**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O:410-234-2621
F: 443-486-1691
E:kp@kimparkerlaw.com

**BRANDON JAMES, ESQUIRE**
**FED BAR NO.: 22125**
The James Legal Group, LLC
P.O. Box 66247
Baltimore, Maryland 21239
Office: 240-424-5783
Email: bjames@jameslegalgroup.org

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Leave to File Fourth Amended Complaint, was served on this 5th day of March, 2026. The CM/ECF system will automatically send email notification of such filing to the following attorneys of record.

*Kim Parker*

_____
**KIM PARKER, ESQUIRE**
**COUNSEL FOR PLAINTIFF**