Outlook

---

**Re: <External>Re: Damon Wilson v WMATA et al.**

---

| | |
|---|---|
| From | Kim Parker, Esquire <kp@kimparkerlaw.com> |
| Date | Tue 12/2/2025 11:52 AM |
| To | Cole, Janice L. <jlcole@wmata.com> |
| Cc | Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com> |

Please see below:

Respectfully,

Kim Parker, Esq.

---

**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Monday, December 1, 2025 9:14 AM
**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** RE: <External>Re: Damon Wilson v WMATA et al.

Good morning, Kim,

   I hope you had a good Thanksgiving.   I have some questions for you for discussion.

   I am assuming you will soon file a Fourth Amended Complaint --?

   You have included Officer Barreto in the Third Amended Complaint, where we have provided a signed Declaration from HR personnel that he is was not a WMATA employee for several months preceding  this incident.  If I were to guess, there is a drop down menu in MD District court for the names of WMATA officers, and name "Castro" is next to the name "Barreto" and it was a  manual entry error.

**Response: The Fourth Amended Complaint does not include Officer Barreto.**

   Further, I have corrected your misidentified "Officer Henderson" as Lyndon Harris. Officer Harris is identified on the police report I sent you earlier.

**Response: I am awaiting my client's authority to dismiss Henderson. I should be able to get back with you at the end of the week.**

 I received the Third Amended Complaint on November 25th by certified mail; I'd prefer to wait to answer the Complaint until after service of the Fourth Amended Complaint. I will otherwise  have to file two

motions to dismiss, a burden for the defendants that I do not believe should be imposed in light of the information that Plaintiff now possesses.

**Response: What is the basis of your client's Motion to Dismiss? For judicial economy purposes, we may be able to contour the Fourth Amended Complaint , if we agree with some of the arguments raised in your client's motion.**

I will agree to accept service on Lyndon Harris by certified mail to me as well, assuming that you will amend by substituting Harris for Henderson?

**Response: Noted.  Please confirm if we substitute Harris for Henderson that your client will consent to the filing of the proposed Fourth Amended Complaint.**

Can we agree that that no answer is needed by Defendants until after the Fourth Amended Complaint is served?

**Response:  I will agree to a 30 day extension of time to for defendants to file a responsive pleading to the Third Amended Complaint.**

Thanks,


Janice




_____

Janice L. Cole
Senior Counsel II
Law Department 7E
Washington Metropolitan Area Transit Authority
PO BOX 44390
Washington, D.C. 20026-4390
(202) 962-2543 Office
(202) 604-1833 Cell
FAX (202) 962-2550
jlcole@wmata.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information or information prepared in anticipation of litigation. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

---

**From:** Cole, Janice L.
**Sent:** Monday, November 17, 2025 2:53 PM

**To:** 'Kim Parker, Esquire' <kp@kimparkerlaw.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** RE: <External>Re: Damon Wilson v WMATA et al.

I can identify the photo as ==Officer Lyndon Harris==.

Also, MTPD's Sgt. Henderson first name ==is Steven==. I just saw that I mistakenly stated earlier that Sgt. Henderson's first name was "Mark."
Sgt. Steven Henderson is a white male.

---

**From:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Sent:** Monday, November 17, 2025 1:07 PM
**To:** Cole, Janice L. <jlcole@wmata.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.

Janice,

My client maintains that Officer Henderson is involved in the matter.

In order to facilitate resolution to this potential dispute, and to prevent any unnecessary motions practice, please have your clients identify the following person:



Respectfully,

Kim Parker, Esq.

---

**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Monday, November 17, 2025 12:25 PM
**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** RE: <External>Re: Damon Wilson v WMATA et al.

Kim,

   We did agree on Barreto, who was not an employee of WMATA at the time of this incident. Officer Henderson is not involved.   The Court ordered nonetheless that I accept service or give his home address.  I did so.

.
   I did send you the police report, however, and you said you would correct the names.

I thought you would have reviewed the police report, where it states the officers involved are Castro and  **Harris – not Henderson.** (see highlighted email, below).

And since you indicated you would correct the names, I anticipated seeing that change in the draft.

Janice

---

**From:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Sent:** Monday, November 17, 2025 10:53 AM
**To:** Cole, Janice L. <jlcole@wmata.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.

We agreed on Baretto, not Henderson. Please advise.

Respectfully,

Kim Parker, Esq.

---

**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Monday, November 17, 2025 10:31 AM
**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Brandon James <bjames@jameslegalgroup.org>; Janey, Neal M. <NMJaney@wmata.com>
**Subject:** FW: <External>Re: Damon Wilson v WMATA et al.

Kim,

  I just reviewed your draft Fourth Amended Complaint.

  I expected to see a correction, so that Henderson would be removed….?

  Please see my earlier email, below.

 If you want to move forward with Henderson, please expect a dispositive motion asap.

 Please advise.

Thanks,

Janice


**From:** Cole, Janice L.
**Sent:** Wednesday, October 22, 2025 9:01 PM
**To:** 'Kim Parker, Esquire' <kp@kimparkerlaw.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>; Brandon James <bjames@jameslegalgroup.org>
**Subject:** RE: <External>Re: Damon Wilson v WMATA et al.

Kim,

Thanks; I will get a declaration over to you no later than next Wednesday.

If you are amending to correct names, I assume that means you will ==substitute Harris for Henderson?==

If you could send over the proposed amended complaint, we'll review and let you know.
If the names are being corrected, I don't anticipate any issues.

Thanks,

Janice

**From:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Sent:** Wednesday, October 22, 2025 4:45 PM
**To:** Cole, Janice L. <jlcole@wmata.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>; Brandon James <bjames@jameslegalgroup.org>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.

Janice,

I am glad you are feeling better.

A declaration from HR should suffice for my client.

Please advise your thoughts on the amended complaint just to add the correct names.
Would your clients consent?

Thanks,

Kim

Respectfully,


Kim Parker, Esq.


**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Wednesday, October 22, 2025 4:31 PM

**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>; Brandon James <bjames@jameslegalgroup.org>
**Subject:** RE: <External>Re: Damon Wilson v WMATA et al.

Kim,
Sorry for the delay in response – I've been sick the last couple of days.
  I am attaching the police incident report here with the suspect report and the MDEC information.
  I am also attaching a copy of the citation itself, which shows it was issued by Officer Castro, #899.

  Officer Barreto was no longer an MTPD officer or WMATA employee by the end of July 2023.   I am willing to provide a declaration from H.R. stating the same, if that would resolve this issue.

  If keep him in the complaint, I will just file a motion to dismiss.

  I understand that the Maryland court has made a mistake in entering their posted information on MDEC.   They would have entered information into the MDEC **based on the citation** that was sent to them by MTPD. For unexplained reasons, they entered it incorrectly.  MTPD does not control the entry of MDEC information – the District Court does.



Please let me know your thoughts.

  Janice

---

**From:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Sent:** Monday, October 20, 2025 2:47 PM
**To:** Cole, Janice L. <jlcole@wmata.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>; Brandon James <bjames@jameslegalgroup.org>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.


Janice,

Officer Barretto charged my client, and is identified throughout the Maryland courtcase search.  Hence, my confusion regarding your statement.

Am I missing something?

**Plaintiff**

Name: **State of Maryland**

**Attorney(s) for the Plaintiff**

| | |
|---|---|
| Name: | State's Attorney, Prince George's |
| Appearance Date: | 01/12/2024 |
| Address Line 1: | 14735 Main Street |
| Address Line 2: | Suite M3403 |
| City: | Upper Marlboro    State: MD    Zip Code: 20772 |

**Officer - Arresting/Complainant**

Name: BARRETO, J
AgencyName: METRO TRANSIT POLICE

**Court Scheduling Information**

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room |
|---|---|---|---|---|---|
| Hearing - Preliminary Inquiry | 04/02/2024 | 13:15:00 | | Hyattsville - Prince George's District Court | Court 2 |

**Charge and Disposition**

In addition, I will be filing an Amended complaint to correctly name your clients. Please advise if you would consent.

Kim

Respectfully,

Kim Parker, Esq.

---

**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Friday, October 17, 2025 3:20 PM
**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>; Brandon James <bjames@jameslegalgroup.org>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.

Ms. Parker,

As promised, I am following up with information regarding service.

1. You may serve the following three of the four named defendants:

    a. **Bryan Castro;**
    b. **Mark Henderson; and**
    c. **Gerald Rich.**

   <u>by serving me</u>, by certified mail at the following address:

   J**anice L. Cole, Senior Counsel II**

   **Law Department 7E**

   **Washington Metropolitan Area Transit Authority**

   **PO BOX 44390**

   **Washington, D.C. 20026-4390**


   2. Plaintiff has named Joaquin Barreto as a defendant - WMATA police officer. Mr. Barreto was neither a WMATA officer nor WMATA employee in December 2023 and had not been so for months; further, he was not at the incident scene in any capacity, let alone as a WMATA officer. Rule 11(b)'s standards for a signed pleading require evidentiary support for factual contentions, as you know; please get back to me no later than October 22, 2025, as to whether you intend keep Mr. Barreto as a defendant in this matter. If so, I foresee that I will need to present this matter to the judge by motion no later than October 24, 2025, due to the time periods set forth in the judge's order.


Thank you.


 Sincerely,


 Janice Cole

 _____


Janice L. Cole

Senior Counsel II

Law Department 7E

Washington Metropolitan Area Transit Authority

PO BOX 44390

Washington, D.C. 20026-4390

(202) 962-2543 Office

(202) 604-1833 Cell

FAX (202) 962-2550

[jlcole@wmata.com](mailto:jlcole@wmata.com)

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information or information prepared in anticipation of litigation. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

4.

**From:** Cole, Janice L. <[jlcole@wmata.com](mailto:jlcole@wmata.com)>
**Sent:** Wednesday, October 15, 2025 4:04 PM
**To:** Kim Parker, Esquire <[kp@kimparkerlaw.com](mailto:kp@kimparkerlaw.com)>
**Cc:** Janey, Neal M. <[NMJaney@wmata.com](mailto:NMJaney@wmata.com)>; Brandon James <[bjames@jameslegalgroup.org](mailto:bjames@jameslegalgroup.org)>
**Subject:** Re: <External>Re: Damon Wilson v WMATA et al.

Ms. Parker,

I am waiting for some more information; I will follow up with you on Friday regarding this issue.

Janice

**From:** Kim Parker, Esquire <[kp@kimparkerlaw.com](mailto:kp@kimparkerlaw.com)>
**Sent:** Wednesday, October 15, 2025 3:28 PM
**To:** Cole, Janice L. <[jlcole@wmata.com](mailto:jlcole@wmata.com)>
**Cc:** Janey, Neal M. <[NMJaney@wmata.com](mailto:NMJaney@wmata.com)>; Brandon James <[bjames@jameslegalgroup.org](mailto:bjames@jameslegalgroup.org)>
**Subject:** <External>Re: Damon Wilson v WMATA et al.

You don't often get email from kp@kimparkerlaw.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Thank you. Please provide the last known address of the Defendants or confirm that you are authorized to accept service.

Kim

Respectfully,

Kim Parker, Esq.

---

**From:** Cole, Janice L. <jlcole@wmata.com>
**Sent:** Wednesday, October 15, 2025 2:03 PM
**To:** Kim Parker, Esquire <kp@kimparkerlaw.com>
**Cc:** Janey, Neal M. <NMJaney@wmata.com>
**Subject:** Damon Wilson v WMATA et al.

Ms. Parker,

 Please find attached the police incident report related to your client, Damon Wilson and his case filed in the U.S. District Court in Greenbelt, in front of Judge Xinis.
 I am attaching the police report pursuant to the Judge's order of October 10, 2025.

Sincerely,

Janice Cole


_____



Janice L. Cole

Senior Counsel II

Law Department 7E

Washington Metropolitan Area Transit Authority

PO BOX 44390

Washington, D.C. 20026-4390

(202) 962-2543 Office

(202) 604-1833 Cell

FAX (202) 962-2550

jlcole@wmata.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information or information prepared in anticipation of litigation. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.
Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.
Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.
Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.
Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.
Security Alert: This is an external email. Do not click links, open, or download attachments from unknown sources.