Case 8:25-cv-01312-PX   Document 37   Filed 03/30/26   Page 1 of 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DAMON B. WILSON**<br><br>      **Plaintiff,**<br>   **vs.**<br><br>**PRINCE GEORGES COUNTY GOVERNMENT**<br><br>**and**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br><br>**and**<br><br>**METRO OFFICER CASTRO**<br><br>**And**<br><br>**METRO OFFICER HENDERSON**<br><br>**And**<br><br>**METRO SERGEANT RICH**<br><br>**And**<br><br>**METRO OFFICER BARRETO**<br><br>**And**<br><br>**METRO OFFICER JOHN DOE**<br><br>      **Defendants.** | **Case No.: 8:25-cv-1312** |

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO CASTRO AND RICH'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT.

Defendants Castro and Rich, by and through undersigned counsel, hereby file this Reply to Plaintiff's Opposition to their Motion to Dismiss Plaintiff's Third Amended Complaint.

Plaintiff 's Opposition defends against Castro and Rich's motion to dismiss by seeking leave of the Court to file a Fourth Amended Complaint, to allow Plaintiff to correct the multiple deficiencies of his Third Amended Complaint.

The deficiencies of the Third Amended Complaint are many. Plaintiff asserted allegations against former MTPD Officer Barreto, claiming Officer Barreto participated in Plaintiff's arrest, even though Officer Barreto had not been employed by WMATA for several months prior to Plaintiff's arrest. Plaintiff dismissed Officer Barreto upon being confronted with this information. *See* ECF # 21 .

The Third Amended Complaint also alleged that MTPD Officer Henderson assaulted and battered him, despite Officer Henderson being an MTPD Sergeant whose assignments were in Virginia and D.C. and not in Maryland where this incident occurred. *See* ECF #24, Henderson's Motion for Summary Judgment. Further, Henderson is a white male who did not in the least resemble the photograph of the black male officer Plaintiff alleged to have captured the likeness of Officer Henderson. *Id.* Upon Henderson filing of his motion for summary judgment, Plaintiff moved to voluntarily dismiss all claims against him, which the Court granted on March 3, 2026. *See* ECF # 31.

Plaintiff never served the Third Amended Complaint upon Rich and Castro,

2

remaining MTPD officers named in the complaint, in the 90-day period the Court granted to Plaintiff Instead, Plaintiff mailed copies of the Third Amended Complaint, bereft of any summons, to undersigned counsel. The Court's docket has no entries showing any requests by Plaintiff for the issuance of summons to serve the two officers and Plaintiff has failed to assert any good cause for this failure to serve in the 90 days given to him by the Court.

Plaintiff has also failed to rebut the substantive legal arguments raised in Castro and Rich's motion regarding Plaintiff's claims of assault, defamation, negligence, gross negligence, IIED and Article 24 of the Maryland Declaration of Rights. Defendants rest upon their arguments in their opening brief. Defendants also oppose yet another amendment of Plaintiff's Complaint.

Defendants nonetheless recognize that the Court liberally grant such requests. Assuming the Court allows Plaintiff to file his Fourth Amended Complaint and serve Defendants with service of process the comprises a summons as well as complaint (undersigned counsel will again allow Plaintiff to serve her on behalf of the officers) Defendants request that the Court allow no further amendments without good cause shown.

Wherefore, for the reasons set forth herein, and for such and other good cause as the Court may decide, Castro and Rich move for dismissal of Plaintiff's Third Amended Complaint. Alternatively, should this Court allow Plaintiff to file his Fourth Amended Complaint Defendants move that Plaintiff be ordered to serve them with service of

3

process and also move that no further amendments be allowed without a showing of good cause.

Respectfully Submitted,

/s/ *Janice L. Cole*
Janice L. Cole #09562
Senior Counsel II
WMATA
300 7th St., S.W.
Washington, D.C. 20024
(202) 962-2543
(202) 962-2550
Email: jlcole@wmata.com

Counsel for Rich and Castro.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss, Memorandum of Law, and Proposed Order was emailed via this Court's ECF filing system, this 30th day of March 2026 to:

Kim Parker, Esq.
AIS NO.: 9312160035
Law Offices of Kim Parker
2123 Maryland Avenue
Baltimore, MD 21218
Telephone: 410-234-2621
Email: kp@kimparkerlaw.com
Counsel for the Plaintiff

And
Brandon James

/s/ *Janice L. Cole*
Janice L. Cole #09562

4