**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| DAMON B. WILSON, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. 8:25-cv-1312-PX |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *et al*., | * | |
| Defendants. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 2nd day of June, 2026, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Plaintiff Damon Wilson's Motion for Leave to File a Fourth Amended Complaint (ECF No. 33) is **GRANTED** in part and **DENIED** in part;

2. All claims against Defendant Officers Bryan Castro and Gerald Rich are dismissed with prejudice;

3. Within **seven days** from the date of this Order, Wilson **SHALL** file a clean version of the Fourth Amended Complaint for the following causes of action only:

   A.   Battery against Officer Lyndon Harris;

   B.   Assault against Officer Harris;

   C.   Gross Negligence against Officer Harris;

   D.   Excessive Force in violation of Article 26 of the Maryland Declaration of Rights against Officer Harris;

   E.   Disability Discrimination under § 504 of the Rehabilitation Act against WMATA;

4.  No claims shall proceed against a John Doe Defendant;

5.  Within ninety (90) days of the filing of the Fourth Amended Complaint, Wilson **SHALL** effectuate proper service of the Fourth Amended Complaint and summons on Defendant Harris pursuant to Federal Rule of Civil Procedure 4(m);

6.  Wilson **SHALL** effectuate proper service of the Fourth Amended Complaint on Defendant WMATA pursuant to Federal Rule of Civil Procedure 5(b);

7.  Within fourteen (14) days of service, WMATA **SHALL** answer the Fourth Amended Complaint;

8.  Within twenty-one (21) days of service, Harris **SHALL** answer or otherwise respond to the Fourth Amended Complaint;

9.  The Motion for Summary Judgment filed by former Defendant Officer Henderson (ECF No. 24) is **DENIED** as **MOOT**;

10. The Motion to Dismiss the Third Amended Complaint (ECF No. 25) is **DENIED** as **MOOT**;

11. The Clerk is further directed to **TRANSMIT** copies of this Order to the parties.

6/2/2026
Date

/s/
Paula Xinis
United States District Judge