2123 Maryland Avenue
Baltimore, Maryland 21218
**P:** 410.234.2621
**F:** 443-486-1691
kplawcounsel.com

LAW OFFICES OF
KIM PARKER P.A.
Our Practice is Your Solution

**Kim Parker**.^
**John Wood,** Of Counsel

^Licensed to Practice in Maryland & The District of Columbia

ATTORNEYS AT LAW

Writer's Direct: (410) 234-2621
Writer's Email: kp@kimparkerlaw.com

July 5, 2026

**VIA ELECTROIC NOTICE**
United States District Court of Maryland
Attention: Clerk of the Court

**Re:** **Damon Wilson vs. WMATA, et al**
**Case No: 8:25-cv-01312-PX**

Dear Clerk,

On June 18, 2026, my office submitted a request to have the summonses reissued for Defendant Lydon Harris. As of today, the summons has not been signed or issued. Given the deadlines set by the Court, we respectfully ask that the summonses be issued as soon as possible.

Thank you for your attention to this matter. I am:

Very truly yours,

Kim Parker

Kim Parker, Esquire

cc: Defense Counsel