# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| **DAMON B. WILSON**<br>**6904 Stirling Street**<br>**Fort Washington, MD 20744**<br><br>    **Plaintiff,**<br>  **vs.**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**(WMATA)**<br>**300 7th Street SW**<br>**Washington, D.C. 20024**<br>**and**<br>**Lyndon Harris**<br>**300 7th Street SW**<br>**Washington, D.C. 20024**<br><br>    **Defendants.** | **Case No.: 8:25-cv-1312** |

**MEMORANDUM IN SUPPORT OF MTPD OFFICER LYNDON HARRIS'**
**MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S**
**FOURTH AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Harris moves, by and through counsel, for partial dismissal of Plaintiff's Fourth Amended Complaint. Plaintiff has alleged three counts against Officer Harris, including that of assault (Count One). Assault is barred by the statute of limitations and must be dismissed.

On June 18, 2026, Plaintiff filed his Fourth Amended Complaint ("Fourth Am. Compl.") ECF # 41. He asserts four counts against Lyndon Harris: assault, battery, gross negligence and a violation of Article 26 of the Maryland Declaration of Rights. *Id*., pp. 7-14. Undersigned

counsel accepted service for Harris on July 9, 2026.  All counts arise from an incident on a Metrobus which occurred on December 11, 2023. *Id*, ¶ 7. In the prior three iterations of his Complaints, Plaintiff named other, different officers, but had not previously named Lyndon Harris.  The Court granted Plaintiff leave to file his Fourth Amended Complaint as to Harris only, while dismissing all other claims. *See* Order, ECF # 39 (denying leave for Plaintiff to file a Fourth Amended Complaint as to Castro, Rich and dismissing them, and allowing Plaintiff to name Harris).

Plaintiff's filing of his assault claims against Harris must be dismissed because the filing is beyond the one-year statute of limitations. "An action for assault, libel, or slander shall be filed within one year from the date it accrues." MD CTS & JUD PRO § 5-105. More than two and half years have passed since December 11, 2023. Plaintiff filed his Fourth Amended Complaint in which he named Lyndon Harris for the first time more than 18 months late. The statute of limitations for assault expired December 11, 2024.

Wherefore, for the reasons stated herein, and for good cause shown, Defendant Lyndon Harris respectfully requests that this motion be granted.

Respectfully Submitted,

/s/ *Janice L. Cole*
  Janice L. Cole #09562
  Senior Counsel II
  WMATA
  300 7th St., S.W.
  Washington, D.C.  20024
  (202) 962-2543
  (202) 962-2550
  Email: jlcole@wmata.com