**UNITED STATES DISTRICT COURT OF MARYLAND**
**GREENBELT DIVISION**

**DAMON B. WILSON**

Plaintiff,

vs.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA,** *et al*

Defendants,

CASE NO. **8:25-CV-01312-PX**

**LINE REQUESTING THE COURT TREAT PLAINTIFF'S**
**MOTION FOR ISSUANCE OF SCHEDULING ORDER UNOPPOSED**

Plaintiff, Damon B. Wilson, by and through undersigned counsel, respectfully requests that this Court issue the Scheduling Order proposed in Plaintiff's July 14, 2026, Motion for Issuance of Scheduling Order (the "Motion"), and treat the same as unopposed, as Defendants have not filed a response to the Motion within the fourteen (14) days required, and thirty (30) days have now passed. In the interest of justice, the Court should issue the Scheduling Order as requested by Plaintiff, and in the form requested.

Respectfully submitted,



**KIM PARKER, ESQUIRE**
**FED BAR NO.: 23894**
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O:410-234-2621
F: 443-486-1691
E:kp@kimparkerlaw.com

**BRANDON JAMES, ESQUIRE**

**FED BAR NO.: 22125**
The James Legal Group, LLC
P.O. Box 66247
Baltimore, Maryland 21239
Office: 240-424-5783
Email: bjames@jameslegalgroup.org
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I CERTIFY on this 14th day of August 2026, a copy of the foregoing Line was sent to all counsel of record via the Courts ECF filing system.

Kim Parker

Kim Parker, Esquire