**UNITED STATES DISTRICT COURT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| **DAMON B. WILSON**<br>**6904 Stirling Street**<br>**Fort Washington, MD 20744**<br><br>**Plaintiff,**<br>**vs.**<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**<br>**300 7th Street SW**<br>**Washington, D.C. 20024**<br><br>**and**<br><br>**Lyndon Harris**<br>**300 7th Street SW**<br>**Washington, D.C. 20024**<br><br>**Defendants.** | **Case No.: 8:25-cv-1312** |

## DECLARATION OF MARLON E. ALVAREZ

I, Marlon E. Alvarez, Director of Video Operations, Video Section, make this Declaration on personal knowledge and information available to me and I am competent to testify to the matters contained herein.

1. I am WMATA's Director of Video Operations, Video Section in WMATA's Metro Integrated Command and Communications Center ("MICC").
2. I have been made aware of case involving Damon Wilson, filed against WMATA.

3. I have been shown a copy of what appears to be a MICC video request signed by a Mr. Damon Wilson, and dated 9/26/2024, attached as "Exhibit C" to Mr. Wilson' motion, stamped as document 50-2, at pages 15 and 16.
4. This is a MICC form, which was developed by and used by my team, the Video Section of the MICC's Video Operations.
5. Requesters seeking bus and rail video may use WMATA's web site to fill out this form online and may then submit the form by email to my team.
6. My team processes all MICC requests for video.
7. My team cannot find any MICC from from Mr. Wilson dated September 26, 2024, in the MICC's records.
8. Further, the only video records my team processes and are custodians for are bus and rail records.
9. Even assuming my team had received Mr. Wilson's request sometimes in late September 2024, Mr. Wilson would have been told that there were no responsive records, because Mr. Wilson made his request beyond the retention period for bus video.
10. The date of the incident referenced on this MICC form – December 11, 2023 -- is ten months prior to September 26, 2024.
11. Bus videos are not retained after a certain period because they "loop," *i.e.*, are overwritten.
12. The retention period for bus video is approximately 30 days.
13. The variation in the retention period depends on how many hours the bus at issue has been driven since the incident occurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 28, 2026

Marlon E. Alvarez
Director, Video Operations, Video Section