**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| DAMON B. WILSON, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. 8:25-cv-1312-PX |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *et al.*, | * | |
| Defendants. | * | |

***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of October 2026, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Plaintiff Damon B. Wilson ("Wilson")'s Motion for Issuance of a Scheduling Order is **DENIED as moot**;
2. Defendant Lyndon Harris ("Harris")'s Motion to Dismiss for Failure to State a Claim is **DENIED**;
3. Wilson's Motion for Extension of Time is **GRANTED**;
4. Wilson's Motion to Strike is **DENIED as moot**.
5. The Clerk is directed to **TRANSMIT** copies of the foregoing Memorandum Opinion and this Order to the parties.

10/13/2026
Date

/s/
Paula Xinis
United States District Judge